**People of the State of Illinois, Appellee, v. Mose Hardy, Appellant.**

**Gen. No. 66–30.**

Third District.
September 21, 1966.

Morton S. Goldfine, of Peoria, for appellant; George R. Kennedy, State's Attorney, of Peoria, for appellee. Opinion by PRESIDING JUSTICE CORYN. **Not to be published in full.**